# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID L. MALLORY** and **PAULINE MALLORY,**
Appellants,

v.

**ROBERT BRINCKERHOFF,** individually, and
**MORGAN STANLEY SMITH BARNEY LLC,**
Appellees.

No. 4D21-405

[July 8, 2021]

Appeal of a nonfinal order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case Nos. 50-2019-CC-016917-XXXX-MB and 50-2020-AP-000068-CAXX-MB.

Benjamin Hillard and Amy Cuykendall Jones of Hillard Cuykendall, P.A., Largo, for appellants.

Neil S. Baritz and Andrew Thomson of Baritz & Colman LLP, Boca Raton, for appellee Robert Brinckerhoff.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***